**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-MJ-00043-SMM**

FILED BY ___MB___ D.C.

Apr 21, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

UNITED STATES OF AMERICA,

v.

**YOHAN ROBLERO VAZQUEZ,**
**a/k/a "Figueroa Roblero,"**
**a/k/a "Roblero Figueroa,"**

                    **Defendant.**
_____/

**CRIMINAL COVER SHEET**

1.  Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   **No**

2.  Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?       **No**

3.  Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?  **No**

4.  Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?       **No**

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By: _____

**CHRISTOPHER H. HUDOCK**
Assistant United States Attorney
Florida Bar No.92454
United States Attorney's Office
101 S. US Hwy. One, Suite 3100
Fort Pierce, Florida 34950
Tel.: 772-293-0951
Email: Christopher.Hudock@usdoj.gov

AO 91 (Rev. 11/11)  Criminal Complaint

AUSA Christopher H. Hudock

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

FILED BY _____ **MB** ____ D.C.

*Apr 21, 2025*

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.  25-MJ-00043-SMM |
| YOHAN ROBLERO VAZQUEZ, | ) |
| a/k/a "Figueroa Roblero," | ) |
| a/k/a "Roblero Figueroa," | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ October 26, 2024 _____ in the county of _____ Saint Lucie _____ in the

_____ Southern _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §§ 1326(a) and (b)(2) | Previously Removed Alien Found in the United States |

This criminal complaint is based on these facts:

-SEE ATTACHED AFFIDAVIT-

☑ Continued on the attached sheet.

*Complainant's signature*

Border Patrol Agent Cesar Barrientos
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by videoconference.

Date: April 21, 2025

*Judge's signature*

City and state:          Fort Pierce, Florida

Shaniek Mills Maynard, U.S. Magistrate Judge
*Printed name and title*

## <u>AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT</u>

I, Cesar Barrientos, being duly sworn, depose and state as follows:

1.      I am employed as a United States Border Patrol Resident Agent, with Customs and Border Protection and the United States Department of Homeland Security. I have been a United States Border Patrol Agent for the last 24 years. I am currently the Vero Beach Resident Agent assigned to the West Palm Beach Border Patrol Station in Riviera Beach, Florida. As a Border Patrol Resident Agent, my duties and responsibilities include enforcing federal criminal and administrative immigration laws of the United States.

2.      As a federal agent, I have participated in investigations of persons suspected of violating a variety of federal laws governing the borders and the interior of the United States, which include immigration violations. These investigations have included the use of surveillance techniques, the interviewing of subjects and witnesses, and the execution of arrest and search and seizure warrants. As a federal agent, I am authorized to conduct investigations of, and to make arrests for, offenses involving immigration law violations, including those offenses enumerated in Titles 8, 18, 19, and 21 of the United States Code.

3.      This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation, but only those facts necessary to establish probable cause to believe that Yohan ROBLERO-VAZQUEZ ("ROBLERO-VAZQUEZ"), aka: Figueroa ROBLERO, aka: Roblero FIGUEROA, committed the offense of being a previously removed alien found in the United States, in violation of Title 8, United States Code, Sections 1326(a) & (b)(2).

4.      On or about October 26, 2024, the Fort Pierce Police Department arrested ROBLERO-VAZQUEZ in Saint Lucie County, Florida, for Driving a Motor Vehicle Without a

Valid Driver's License, and Possession of a Firearm by a Convicted Felon.  I queried the DHS &

NCIC databases regarding ROBLERO-VAZQUEZ and confirmed his immigration status. An

immigration detainer was then lodged. ROBLERO-VAZQUEZ was booked at the Saint Lucie

County Jail.

     5.    I reviewed documents from the immigration alien file belonging to ROBLERO-

VAZQUEZ, AXXX XXX 625.  A review of Department of Homeland Security electronic records

and the immigration alien file assigned to ROBLERO-VAZQUEZ shows that he is a native and

citizen of Mexico.  On May 12, 2015, ROBLERO-VAZQUEZ was convicted in Florida state court

of Aggravated Battery, in violation of Florida Statute 784.045 (1)(a), and received an 18.3 month

sentence.  Records in the alien file show that on or about November 13, 2015, ROBLERO-

VAZQUEZ was removed from the United States to Mexico.

     6.    ROBLERO-VAZQUEZ'S fingerprint card from his April 17, 2025, arrest was

entered into the IDENT system, a biometric database maintained by the Department of Homeland

Security.  The results confirmed that the fingerprints belong to Yohan ROBLERO-VAZQUEZ,

who was previously removed from the United States.

     7.    I performed a record check in the Computer Linked Application Informational

Management System (CLAIMS), to determine if ROBLERO-VAZQUEZ filed an application for

permission to reapply for admission into the United States after deportation or removal.  A search

in that database system verified that no records exist indicating that ROBLERO-VAZQUEZ

obtained consent from the Attorney General of the United States or from the Secretary of

Homeland Security, for re-admission into the United States, as required by law.

     8.    Based on the foregoing, I believe that there exists probable cause to believe that, on

or about October 26, 2024, Yohan ROBLERO-VAZQUEZ, an alien who has previously been

deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

Cesar Barrientos
Resident Agent
United States Border Patrol

Subscribed and sworn to before me, by videoconference, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure, in Fort Pierce, Florida, this __21st__ day of April, 2025.

SHANIEK MILLS MAYNARD
UNITED STATES MAGISTRATE JUDGE

3